UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
James Roberts,

                                Plaintiff,

    -v.-

Equifax Information Services, LLC,
JP Morgan Chase, N.A.,.

                                Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:22-cv-1979

**MEMO ENDORSED**

### NOTICE OF SETTLEMENT AS TO JP MORGAN CHASE, N.A.

      Notice is hereby given that the Plaintiff James Roberts and Defendant JP Morgan Chase, N.A. have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 8th day of November, 2022

                                                */s/Tamir Saland*
                                                Tamir Saland, Esq.
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                tsaland@steinsakslegal.com

Application GRANTED.  Based on the above representation that Plaintiff and Defendant JP Morgan Chase, N.A. have reached a settlement in principle, it is hereby ORDERED that this action be conditionally discontinued as to JP Morgan Chase, N.A. without prejudice and without costs; provided, however, that within sixty (60) days of the date of this Order, Plaintiff and JP Morgan Chase, N.A. may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise, within such time Plaintiff may apply by letter for restoration of the claims against JP Morgan Chase, N.A. to the active calendar of this Court in the event that the settlement is not consummated.  This Order shall be deemed a final discontinuance of the action with prejudice as to JP Morgan Chase, N.A. in the event that Plaintiff has not requested restoration of the case to the active calendar within such 60-day period.

The Clerk of Court is directed to terminate JP Morgan Chase, N.A. as a defendant in this action.

Dated:     November 9, 2022          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE